UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**PARELLI NATURAL HORSE-MAN-SHIP, INC.**, a Colorado Corporation

    Plaintiff,

v.    Case No: 5:20-cv-616-Oc-39PRL

**LINDA PARELLI, PAUL FLOCKHART AKA ANDREW WOOD, SUE FLOCKHART AKA SUE LAMSWOOD, HAPPY HORSE HAPPY LIFE, INC. and ANDREW WOOD, INC. DBA LEGENDARY MARKETING**,

    Defendants.

## ORDER

Before the court is the parties' joint motion to temporarily stay this case in order to engage in settlement negotiations and mediation. (Doc. 19). Accordingly, the parties' joint motion to stay (Doc. 19) is GRANTED. Defendants' answer to Plaintiff's complaint should be filed on or before May 3, 2021, along with the parties' case management report.

**DONE** and **ORDERED** in Ocala, Florida on February 8, 2021.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties